UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ADAM X., BRIAN Y., CASEY Z., on behalf of themselves and all others situated, and the AMERICAN CIVIL LIBERTIES UNION OF NEW JERSEY, and the ARC OF NEW JERSEY,<br><br>     Plaintiffs,<br>v.<br><br>NEW JERSEY DEPARTMENT OF CORRECTIONS, VICTORIA KUHN, in her official capacity as Acting Commissioner of the New Jersey Department of Corrections, NEW JERSEY DEPARTMENT OF EDUCATION, and ANGELICA ALLEN-McMILLAN, in her official capacity as Acting Commissioner of the New Jersey Department of Education,<br><br>     Defendants. | Civil Action No.: 3:17-cv-00188-FLW-LHG<br><br>**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF SETTLEMENT AGREEMENT AND AWARD OF ATTORNEYS' FEES AND COSTS** |

  **PLEASE TAKE NOTICE** that Plaintiffs hereby move this Court for an order granting final approval of the Settlement Agreement and awarding the negotiated $975,000 in attorneys' fees and costs to Class Counsel.

  This Motion is based upon this Notice and Motion; the accompanying Memorandum of Law; the accompanying declarations of Tess Borden and Rebecca Rodgers and all supporting exhibits; the declaration of Michael Vomacka, filed

1

separately; all pleadings and other documents on file in this action; and all matters of which the Court may or must take judicial notice.

Dated: February 9, 2022

                                  Respectfully submitted,

                                  <u>s/ Tess Borden</u>
Tess Borden
NJ Bar No. 260892018
Jeanne LoCicero
NJ Bar No. 02405200
**AMERICAN CIVIL LIBERTIES UNION OF NEW JERSEY FOUNDATION**
570 Broad Street, 11th Floor
P.O. Box 32159
Newark, NJ 07102
(973) 854-1733
tborden@aclu-nj.org
jlocicero@aclu-nj.org

Rebecca J. Rodgers*
Erin Gallagher*
**DISABILITY RIGHT ADVOCATES**
655 Third Avenue, 14th Floor
New York, NY 10017
(212) 644-8644
rrodgers@dralegal.org
egallagher@dralegal.org

2

William C. Silverman*
Russell T. Gorkin*
**PROSKAUER ROSE LLP**
11 Times Square
New York, NY 10036
wsilverman@proskauer.com
rgorkin@proskauer.com

*Attorneys for Plaintiffs*

*Admitted *Pro Hac Vice*