

PHILIP D. MURPHY
*Governor*

SHEILA Y. OLIVER
*Lt. Governor*

## State of New Jersey
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO BOX 112
TRENTON, NJ 08625-0112

MATTHEW J. PLATKIN
*Acting Attorney General*

MICHAEL T.G. LONG
*Director*

August 3, 2022

**<u>Via Electronic Mail</u>**
Hon. Freda L. Wolfson, Chief Judge
United States District Court, New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Room 2020
Trenton, NJ 08608

    Re:  <u>Adam X., et al. v. N.J. Dep't of Corr., et al.</u>
            Docket No. 17-188-FLW-LHG

Dear Chief Judge Wolfson:

    This letter is submitted in the above-captioned matter pursuant to the terms of the Settlement Agreement.

    At this time, as agreed upon in the Settlement Agreement, all parties in this matter would like to jointly submit for the public docket, and Your Honor, a finalized Period I Corrective Action Plan ("CAP").

                           Respectfully submitted,

                           MATTHEW J. PLATKIN
                         ACTING ATTORNEY GENERAL OF NEW JERSEY

            By:  <u>/s/ Michal Czarnecki</u>
                 Michal Czarnecki
                 Deputy Attorney General



HUGHES JUSTICE COMPLEX • TELEPHONE: (609) 376-3100 • FAX: (609) 943-5853
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*