**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ADAM X., BRIAN Y., CASEY Z., on behalf of themselves and all others situated, and the AMERICAN CIVIL LIBERTIES UNION OF NEW JERSEY, and the ARC OF NEW JERSEY,<br><br>                     Plaintiffs,<br>    v.<br><br>NEW JERSEY DEPARTMENT OF CORRECTIONS, VICTORIA KUHN, in her official capacity as Acting Commissioner of the New Jersey Department of Corrections, NEW JERSEY DEPARTMENT OF EDUCATION, and ANGELICA ALLEN-McMILLAN, in her official capacity as Acting Commissioner of the New Jersey Department of Education,<br><br>                     Defendants. | Civil Action No.: 3:17-cv-00188-FLW-LHG<br><br>**NOTICE OF MOTION TO ENFORCE SETTLEMENT AND AWARD POST-JUDGMENT INTEREST ON NONPAYMENT OF AWARDS AGREED TO IN THE COURT-ORDERED SETTLEMENT AGREEMENT** |

**PLEASE TAKE NOTICE** Plaintiffs hereby move this Court for an Order awarding Plaintiffs, ADAM X., BRIAN Y., CASEY Z., and the AMERICAN CIVIL LIBERTIES UNION OF NEW JERSEY (collectively "Plaintiffs"), by and through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 7(b) and Local Civil Rule 7.1, post-judgment interest for each of the $5,000 incentive awards

1

for the pseudonymous individual named plaintiffs, as well as on the $975,000 attorneys' fees agreed upon in the Settlement Agreement.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Plaintiffs shall rely on the accompanying Memorandum of Law; the Declaration of Elyla Huertas, Esq.; all pleadings and other documents on file in this action; and all matters of which the Court may or must take judicial notice.

Plaintiffs request that the Court decide this Motion on the papers submitted, without oral argument, pursuant to Rule 78 of the Rules of Civil Procedures.

Dated:  December 1, 2022

          Respectfully submitted,

          <u>s/ Elyla Huertas</u>
          Elyla Huertas
          NJ Bar No. 248232017
          Jeanne LoCicero
          NJ Bar No. 024052000
          **AMERICAN CIVIL LIBERTIES UNION OF NEW JERSEY FOUNDATION**
          570 Broad Street, 11th Floor
          P.O. Box 32159
          Newark, NJ 07102
          (973) 854-1725
          ehuertas@aclu-nj.org
          jlocicero@aclu-nj.org

*Counsel continued on the next page*

Rebecca J. Rodgers*
Erin Gallagher*
**DISABILITY RIGHTS ADVOCATES**
655 Third Avenue, 14th Floor
New York, NY 10017
(212) 644-8644
rrodgers@dralegal.org
egallagher@dralegal.org


William C. Silverman*
Russell T. Gorkin*
**PROSKAUER ROSE LLP**
11 Times Square
New York, NY 10036
wsilverman@proskauer.com
rgorkin@proskauer.com

*Attorneys for Plaintiffs*

*Admitted *Pro Hac Vice*

3

## CERTIFICATE OF SERVICE

I, Elyla Huertas, certify that the foregoing Notice of Motion to Enforce Settlement and Award Post-Judgment Interest on Nonpayment of Awards Agreed to in the Court-Ordered Settlement Agreement, together with the accompanying Memorandum of Law and declaration were served electronically on all counsel by CM/ECF on December 1, 2022

*s/ Elyla Huertas*
Elyla Huertas